UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07CR271-08 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| JAMES GREEN, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David S. Perelman, regarding the change of plea hearing of , which was referred to the Magistrate Judge with the consent of the parties.

On May 8, 2007, the government filed a twenty-two count indictment, charging Defendant Green, with Forging Securities in violation of Title 18 United States Code, Section 513; and Theft of Mail violation of Title 18, United States Code, Section 1708. On May 24, 2007, Defendant Jones was arraigned and entered a plea of not guilty before Magistrate Judge Patricia A. Hemann. On September 10, 2007, Magistrate Judge David S. Perelman received Defendant Green's plea of guilty to counts eleven and twenty-two of the indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a

finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Green is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Green is adjudged guilty of Counts 11 and 22 of the indictment, in violation of Title 18 United States Code, Section 513(a); and Title 18 United States Code, Section 1708.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE